438 A.2d 623

Commonwealth v. Bossick, Appellant.

Submitted March 21, 1980.   Thomas J. Munley, Assistant Public Defender, for appellant;  Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 623

Commonwealth v. Brown, Appellant.

Argued March 18, 1980.   George Gershenfeld, for appellant;  Mary Ann Killinger, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.